**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re the Chapter 11, Subchapter V of | ) | |
| | ) | |
| CXOsync, LLC | ) | Case No. 23-13193 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:

Patrick Layng, Trustee (via electronic notice).

All creditors on the attached Creditor Service List were served via regular mail.

**PLEASE TAKE NOTICE** that on November 20, 2023, at 9:30 AM, I will appear before the Honorable Judge Goldgar, or any judge sitting in that judge's place, either in Courtroom 642 of the Everett McKinley Dirksen United States Courthouse 219 S Dearborn St., Chicago, IL 60604, or electronically as described below, and present the Debtor's **Motion for Authority to Maintain Existing Bank Account**, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 500 0972, and the passcode is 726993. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

I, Ben Schneider, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 29, 2023.

*Ben Schneider*

Ben Schneider

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re the Chapter 11 of | ) | |
| | ) | |
| CXOsync, LLC | ) | Case No. 23-13193 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR AUTHORITY TO MAINTAIN EXISTING BANK ACCOUNT

Now comes the Debtor, CXOsync, LLC (the "Debtor"), for its **Motion for Authority to Maintain Existing Bank Account.** In support, it states as follows.

### Jurisdiction and Venue

1. On October 3, 2023, (the "Petition Date"), Debtor filed a voluntary petition in this Court for reorganization under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 et seq. (the "Code").

2. The Debtor continues to manage and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b).

4. The Debtor is an LLC with its principal place of business in Illinois.

### Relief Requested

5. The Office of the U.S. Trustee has established certain operating guidelines for debtors in possession in order to supervise the administration of chapter11 cases. These guidelines require Chapter 11 debtors to, among other things: (a) close all existing accounts and open new debtor in possession bank accounts; (b) establish one debtor in possession account for all estate monies required for the payment of taxes, including payroll taxes; (c) maintain a separate debtor in

possession account for cash collateral; and (d) obtain checks for all debtor in possession accounts which bear the designation "Debtor in Possession," the bankruptcy case number, and the type of accounts. For the reasons set forth below, the Debtor requests permission to maintain its bank account notwithstanding the United States Trustee's guidelines.

6.      Prior to the Petition Date, the Debtor maintained four checking accounts with Bank of America, one Savings account with Bank of America and two accounts with BMO Harris Bank.

7.      The Debtor requests permission to maintain its bank account at Bank of America ending in 3164 in lieu of the United States Trustee's requirement that existing bank accounts be closed and new post-petition accounts be opened. If enforced, the Debtor-In-Possession bank account requirement would impair the Debtor's efforts to preserve the value of its estate.

8.      The Debtor represents that if the relief requested in this Motion is granted, it will not pay, and the bank at which the Accounts are maintained will be directed not to pay any debts incurred before the Petition Date, except to the extent that the Court may authorize the payment of such debts.

WHEREFORE, the Debtor prays for an entry of an Order allowing the Debtor to maintain its existing bank account at Bank of America ending in 3164, and granting such other and further relief as the Court deems equitable and just.

Respectfully Submitted
by

/s/Ben Schneider
One of the Proposed Attorneys for the Debtor

Ben Schneider
**SCHNEIDER & STONE**
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: (847) 933-0300
Email: ben@windycitylawgroup.com

## CREDITOR SERVICE LIST

American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998

Amex
200 Vesey St.
New York, NY 10285

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103

customer.io
9450 SW Gemini Dr.
Beaverton, OR 97008

Executive Speakers Bureau
3085 Fountainside Dr. #101
Germantown, TN 38138

Grant Law
230 W. Monroe St., Suite 240
Chicago, IL 60606

Hyatt
830 City Ave.
Moore, OK 73160

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

LinkedIn
1000 W. Maude Ave.
Sunnyvale, CA 94085

On Deck
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009

Ricardo Villareal
1426 Pioneer Court
Waukegan, IL 60085

Rupen Patel
1600 S. Prairie Ave., Unit 1208
Chicago, IL 60616

Salesforce
415 Misson St., 3rd Floor
San Francisco, CA 94105

Samuel Martin
2300 Hagaman Lane
Montgomery, IL 60538

Sanjog Aul
1235 Windham Pkwy.
Romeoville, IL 60446

Scott Shuster
372 Fifth Ave., Loft 4-D
New York, NY 10018

Small Business Administration
Attn: District Counsel
455 Market St., Suite 600
San Francisco, CA 94105

Vox Funding
100 Park Ave., Floor 26
New York, NY 10017

Zoominfo
805 Broadway St., Suite 900
Vancouver, WA 98660